IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**FORIS WALKER,**<br><br>Defendant. | Criminal No. 7:11-cr-55 (HL) |

## ORDER

The Court's Order of August 9, 2012 ordering the release of Defendant Foris Walker to attend a funeral is rescinded. It has come to the Court's attention that Walker has pending warrants out for his arrest because of probation violation. In light of these findings, the Court rescinds its previous order granting him temporary release from custody. Walker shall remain in custody.

**SO ORDERED**, this 10th day of August, 2012.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE