# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> v. <br><br> **FORIS WALKER**, <br><br> Defendant. | Case No. 7:11-CR-55 (HL) |

## ORDER

Before the Court is Defendant Foris Walker's *pro se* Motion for Reconsideration as a Result of the Government's Rule 35(b) Motion (Doc. 56). Defendant's motion is denied. Defendant has not brought to the Court's attention any new facts or law that was not previously before it when it first ruled on the Government's Rule 35(b) Motion and reduced Defendant's sentence.

**SO ORDERED**, this the 2nd day of December, 2013.

*s/Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

scr